# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**Mrs. Eye'Kevia My. Carruthers 3Washington**
DCA# 122464 / JCA# 71781

*[You are the PLAINTIFF, print your full name on this line.]*

v.

**Elkhart County Jail Administration of Elkhart Correctional Complex (Admin)**

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

-FILED-
MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number: 3:23-cv-422

*[For a new case in this court, leave blank. The court will assign a case number.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Elkhart County Jail (ECJ) | 26861 CR26 Elkhart IN. 46517 |
| 2 | Administration of (ECC) Elkhart County Correctional Complex | 26861 CR26 Elkhart IN. 46517 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **2**

2. What is the name and address of your prison or jail? **Elkhart County Jail 26861 CR26 Elkhart IN. 46517**

3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: ____

4. On what date did this event occur? **August 28, 2022**

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

#1. 1) Administration of Elkhart County Jail; Administration of Elkhart County Correctional Complex; Abandoned Legal work from United States District Courts Northern South Bend Division; Neglect of Property; Neglect of Detainee; 1st/amendment; 4th/amendment; 5th/amendment; 8th/amendment; 14th/amendment; Deliberate Indifference; Failure To Treat Gender Dysphoria Equally; Training For Transgender genetic identity; Deprived; Energy; Emotionally distressed;

#2) Allow me, Mrs. Eye'Keyla M. Carruthers-Washington to Be Brief as this discription and Subject is very touchy at the moment. All captioned in Count #1 is Facts doto lacked legal work Administration of ECCC is held - Accountable doto the Employees they hire and ECJ is held accountable doto the Employees they train. Training has to Be greatly lacked doto the ignorance from Employees/staff at ECJ/ECCC. My Property has Been abandoned By ECCC/ECJ Employees holding ECCC/ECJ at

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

Responsibility for abandoned Neglect of legal dockets. Unfortunately ECCC/ECJ are to stop the violations of My Rights as My Rights have been affected. At this time I would like for the obvious of abandonment to stop. ECCC/ECJ allows there Employees to deprived Detainees while ignoring Detainees and aimed to cover things up. Today I will scream to the top of my lungs for Retaliation using a Administrative Remedy I will fight for My rights mentally not physically.

Under penalties for perjury the Foregoing Representation is True and Correct.

My Undersigned is a contract of all violations to verify a certificate of a Suit for 900,000 united States of America Currency for Emotional distress, extraordinary damages, and punitive damages.

Mrs. EyeKoyla M. Carruthers
Washington

DCA# 122404
JCA# 71781

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because ___Admin of ECCC/ECJ and Internal Affairs Copies Sent___

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   900,000 Demand United States of America Currency ECCC/ECJ To Train there officers to hear Detainers Out.

[Initial Each Statement]
EmCw I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EmCw I will keep a copy of this complaint for my records.
EmCw I will promptly notify the court of any change of address.
EmCw I WILL NOT send more than one copy of any filing to the court.
EmCw I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EmCw I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __8__/__28__/20__22__ at __12__ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mso. Eye'Keyla My. Carruthers Washington       OCA# 122404
Signature                                       JCA# 71781
                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]